## GULFPORT FARM & PASTURE CO. *v.* HANCOCK BANK.

No. 390.   Decided November 10, 1958.

*Edward I. Jones* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## LATHAM *v.* ECKLE, SUPERINTENDENT, LONDON PRISON FARM.

No. 190, Misc.   Decided November 10, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.